UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

**MAKE JS-6**

CIVIL MINUTES -- GENERAL

Case No.   CV-12-3393-R                                         Date: APRIL 30, 2012

Title:  CITIMORTGAGE INC -V- ROZANNA AVETYAN
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                                               None Present  
  Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c).  Because this is an unlawful detainer action, a federal question does not present itself.  See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim).  As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**

cc: counsel of record

MINUTES FORM 11                                            Initials of Deputy Clerk ___WH____  
CIVIL -- GEN